## Douglass v. The State.

APPEAL from Cherokee Circuit Court.

Tried before the Hon. J. A. BILBRO.

C. DANIEL, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted of an assault with intent to murder. Affirmed.

Opinion by HARALSON, J.

## Gibson v. The State.

APPEAL from Crenshaw Circuit Court.

Tried before the Hon. JOHN R. TYSON.

No counsel marked as appearing for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for murder, and convicted of murder in the second degree, and sentenced to the penitentiary for ten years. The appeal was dismissed, no point being reserved for review.

PER CURIAM.

## Williams v. The State.

APPEAL from City Court of Selma.

Tried before the Hon. J. W. MABRY.

No counsel marked as appearing for appellant.

WM. C. FITTS, Attorney-General, for the State.

The appellant was indicted and tried for murder, and was convicted of murder in the second degree, and sentenced to the penitentiary for twenty-five years. Affirmed.

Opinion by McCLELLAN, J.

## Brooks v. The State.

APPEAL from Chambers Circuit Court.

Tried before the Hon. J. R. TYSON.

SAMFORD & SON, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted of the offense of perjury. Judgment reversed and cause remanded.

Opinion by HEAD, J.

## Yoe v. The State.

APPEAL from Gadsden City Court.

Tried before the Hon. JOHN H. DISQUE.

GOODHUE & SIBERT, for appellant.

W. C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for grand larceny. Reversed and remanded.

Opinion by HARALSON, J.